JS-6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| GENICE IRENE PEREZ,<br><br>　　　Plaintiff,<br><br>　　v.<br><br>MARTIN J. O'MALLEY,<br>Commissioner of Social Security,<br><br>　　　Defendant. | No. 5:24-cv-00475-BFM<br><br>JUDGMENT |

　　Having approved the parties' joint stipulation to voluntary remand pursuant to sentence four of 42 U.S.C. § 405(g) and to entry of judgment, THE COURT ADJUDGES AND DECREES that judgment is entered for Plaintiff.

Date:   SEPTEMBER 5, 2024

　　　　　　　　　　　　　　　　　　　HON. BRIANNA FULLER MIRCHEFF
　　　　　　　　　　　　　　　　　　　United States Magistrate Judge