UNITED STATES DISTRICT COURT
CENTRAL DISTRICT OF CALIFORNIA - EASTERN DIVISION

| | | |
|---|---|---|
| GENICE PEREZ, | ) | No: 5:24-cv-00475-BFM |
|     Plaintiff, | ) | |
| | ) | |
|     v. | ) | ORDER AWARDING EAJA FEES |
| | ) | |
| MARTIN O'MALLEY[1] | ) | |
| Commissioner of Social Security, | ) | |
| | ) | |
|     Defendant. | ) | |
| | ) | |

Based upon the parties' Stipulation for Award of EAJA Fees ("Stipulation"),

IT IS ORDERED that EAJA attorney fees are awarded in the amount of FOUR THOUSAND THREE HUNDRED NINETY-FIVE DOLLARS AND 63/100 ($4,395.63) and zero costs ($0.00), subject to the terms of the stipulation.

DATE: October 10, 2024

_____
HON. BRIANNA FULLER MIRCHEF
UNITED STATES MAGISTRATE JUDGE

---

[1] Commissioner Martin J. O'Malley is substituted for his predecessor as the Defendant in this action pursuant to Federal Rule of Civil Procedure 25(d).